**Tony Smith, appellee, v. Frank O. Bostelmann and George H. Winter, appellants. Gen. No. 25,751.**

Action to recover on contract for labor performed. Judgment for

plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 8, 1920.

Grant Newell, for appellants. John F. Rosen, for appellee.

Mr. Justice Dever delivered the opinion of the court.